RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Jaquari Davonte Woodward

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JAQUARI DAVONTE WOODWARD,<br><br>          Defendant. | Case No. 2:23-cr-00057-GMN-BNW<br><br>**EMERGENCY STIPULATION TO EXTEND SELF SURRENDER**<br>(Expedited Consideration Requested) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Jaquari Davonte Woodward, that the self surrender date ordered for February 9, 2024, at 2 p.m. be extended and continued for two weeks to February 23, 2024.

The Stipulation is entered into for the following reasons:

1.     Mr. Woodward was sentenced on January 9, 2024 to 19 months in custody with three-years of supervised release to follow. ECF Nos. 24, 26.  The Court further ordered Mr. Woodward to self surrender on February 9, 2024, at 2 p.m.

2.      Mr. Woodward seeks to extend his self surrender date to attend a close friend's funeral and finish getting his personal affairs in order.

3.      The parties agree to the continuance.

This is the first stipulation to extend the self surrender date filed herein.

DATED this 8th day of February 2024.

RENE L. VALLADARES
Federal Public Defender

JASON M. FRIERSON
United States Attorney


      */s/ Nisha Brooks-Whittington*
By_____
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender

      */s/ Jessica Oliva*
By_____
JESSICA OLIVA
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00057-GMN-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| JAQUARI DAVONTE WOODWARD, | |
| Defendant. | |

Based on the stipulation and good cause appearing:

IT IS ORDERED that Mr. Woodward's self surrender is extended to February 23, 2024 at the hour of  2 p.m.

DATED this   8   day of February 2024.

_____

UNITED STATES DISTRICT JUDGE

3